■ WENDY ANZALONE, Individually and as Administratrix of the Estate of DAVID A. HOFFMAN, Deceased, Appellant, v RESZEL FAMILY PRACTICE et al., Respondents, et al., Defendants. (Action No. 1.) WENDY ANZALONE, Individually and as Administratrix of the Estate of DAVID A. HOFFMAN, Deceased, Appellant, v COUNTY OF ERIE et al., Respondents. (Action No. 2.) (Appeal No. 1.) [790 NYS2d 923]—Appeal from an order of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered August 8, 2003 in consolidated wrongful death actions. The order granted the motions of defendants seeking summary judgment dismissing all causes of action and cross claims against them.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Hurlbutt, J.P., Smith, Pine, Lawton and Hayes, JJ.